IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LARRY ALDOFF,

    Plaintiff,

v.                                                                                Civil No. 06-651 WJ/RHS

MARTIN CHAVEZ, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court in consideration of the Report and Recommendation of the Magistrate Judge, filed on June 1, 2009.  (See **[Doc. No. 51]**).  No objections have been filed regarding the Magistrate Judge's Report and Recommendation.  Having reviewed the same, the Court will adopt the Report and Recommendation, dismiss Plaintiff's complaint without prejudice, and dismiss this civil proceeding.

WHEREFORE,

IT IS ORDERED that the Report and Recommendation **[Doc. No. 51]** is adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED without prejudice, and this civil proceeding is DISMISSED.

IT IS FURTHER ORDERED that any pending motions are DENIED as moot.

                                                                 UNITED STATES DISTRICT JUDGE